UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRITTANY VONBERGEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMINGDALES.COM, LLC,<br><br>Defendant. | Civil Case No. 2:22-cv-04724-KBH |

### DEFENDANT BLOOMINGDALES.COM, LLC's MOTION TO DISMISS COMPLAINT

Defendant Bloomingdales.com, LLC ("Bloomingdale's"), by and through its undersigned counsel, hereby moves for an order dismissing Plaintiff Brittany Vonbergen's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2), or alternatively, Rule 12(b)(6).  As set forth in Bloomingdale's Brief in Support of Motion to Dismiss, there is no personal jurisdiction over Bloomingdale's and the Complaint fails to state any claim upon which relief may be granted.

Dated:  February 10, 2023

Respectfully Submitted:

/s/ *Stephen F. Raiola*
Peter St. Tienne Wolff
(PA. I.D. No. 208433)
psw@pietragallo.com
Stephen F. Raiola
(PA. I.D. No. 329983)
sfr@pietragallo.com
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Telephone: (412) 263-4352
Facsimile: (412) 263-4252

Jeremy E. Abay
(PA. I.D. No. 316730)
jea@pietragallo.com
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone: (215) 320-6200
Facsimile: (215) 981-0082

Emily Johnson Henn (*pro hac vice*)
ehenn@cov.com
Matthew Verdin  (*pro hac vice*)
mverdin@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Eric Bosset (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5906

*Counsel for Defendant*
*Bloomingdales.com, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that a copy was served on the following counsel of record via ECF and email:

>Ari H. Marcus
>MARCUS ZELMAN LLC
>701 Cookman Avenue, Suite 30
>Ashbury Park, NJ 07712
>Telephone: (732) 695-3282
>Facsimile:  (732) 298-6256
>Ari@marcuszelman.com
>
>*Counsel for Plaintiff Brittany Vombergen*

Dated:  February 10, 2023              Respectfully Submitted:

By: /s/ *Stephen F. Raiola*
Stephen F. Raiola
(PA. I.D. No. 329983)
sfr@pietragallo.com
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Telephone: (412) 263-4352
Facsimile: (412) 263-4252

*Counsel for Defendant*
*Bloomingdales.com, LLC*