**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRITTANY VONBERGEN, *individually and on behalf of all others similarly situated,* | ) ) ) | No.: 2:22-cv-04724-KBH |
| | ) | Judge Kelley B. Hodge |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BLOOMINGDALES.COM, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### BLOOMINGDALES.COM, LLC'S MOTION TO GRANT ITS MOTION TO DISMISS AS UNCONTESTED

Defendant Bloomingdales.com, LLC ("Bloomingdale's") hereby moves for an order granting Bloomingdale's Motion To Dismiss Plaintiff Brittany Vonbergen's Complaint (ECF No. 19) as uncontested pursuant to Local Rule of Civil Procedure 7.1(c).  In support thereof, Bloomingdale's states as follows:

1.      On February 10, 2023, Defendant Bloomingdale's filed a Motion To Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) (ECF No. 19).

2.      Plaintiff's original deadline to respond to Bloomingdale's Motion To Dismiss was February 24, 2023.  *See* E.D. Pa. Local R. Civ. Pr. 7.1(c).

3.      On February 24, 2023, and pursuant to the parties' joint stipulation, the Court extended Plaintiff's deadline to respond to Bloomingdale's Motion To Dismiss to March 3, 2023. (ECF No. 20).

4.      Plaintiff did not file a response to Bloomingdale's Motion To Dismiss by the March 3, 2023 deadline.  As of the time of this filing, Plaintiff has still not filed a response, and Plaintiff's

counsel has not contacted Defendant's counsel regarding Plaintiff's response or offered any explanation for not timely filing a response.

5.    Under Local Rule of Civil Procedure 7.1(c), "In the absence of [a] timely response, [a] motion may be granted as uncontested except as provided under Fed. R. Civ. P. 56."

6.    As a consequence, "courts in this District frequently grant uncontested Rule 12(b) motions to dismiss due to plaintiff's failure to file a timely response under Local Rule 7.1(c)." *Naeem v. Bensalem Twp.*, 2005 WL 696763, at *1 (E.D.Pa. Mar. 24, 2005) (granting motion to dismiss as uncontested due to Plaintiff's failure to file a response); *see also, e.g.*, *McGinnes v. Nazareth Borough*, 2015 WL 1511051, at *2 (E.D.Pa. Apr. 2, 2015) (same); *Breslow v. Carvana Co.*, 2022 WL 18585319, at *1 & n.1 (E.D. Pa.  Aug. 1 2022) (same); *Devern v. Graterford State Corr. Inst.*, 2004 WL 1166574, at *5 n.4 (E.D.Pa. May 24, 2004) (same); *Longendorfer v. Roth*, 2004 WL 963881, at *1 (E.D. Pa. May 3, 2004) (same).

7.    Pursuant to Local Rule of Civil Procedure 7.1(c), Bloomingdale's respectfully requests that this Court grant its Motion To Dismiss as uncontested given Plaintiff's failure to file a timely response.

WHEREFORE, Bloomingdale's respectfully requests that the Court enter the attached proposed order.

Dated:  March  8, 2023

Respectfully Submitted:

/s/ *Stephen F. Raiola*
Peter St. Tienne Wolff
(PA. I.D. No. 208433)
psw@pietragallo.com
Stephen F. Raiola
(PA. I.D. No. 329983)
sfr@pietragallo.com
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor

Pittsburgh, PA 15219
Telephone: (412) 263-4352
Facsimile: (412) 263-4252

Jeremy E. Abay
(PA. I.D. No. 316730)
jea@pietragallo.com
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone: (215) 320-6200
Facsimile: (215) 981-0082

Emily Johnson Henn (*pro hac vice*)
ehenn@cov.com
Matthew Verdin (*pro hac vice*)
mverdin@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Eric Bosset (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5906

*Counsel for Defendant*
*Bloomingdales.com, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that a copy was served on the following counsel of record via ECF:

> Ari H. Marcus
> MARCUS ZELMAN LLC
> 701 Cookman Avenue, Suite 30
> Ashbury Park, NJ 07712
> Telephone: (732) 695-3282
> Facsimile:  (732) 298-6256
> Ari@marcuszelman.com
>
> *Counsel for Plaintiff Brittany Vonbergen*

Dated:  March 8, 2023

Respectfully Submitted:

By: */s/ Stephen F. Raiola*
Stephen F. Raiola
(PA. I.D. No. 329983)
sfr@pietragallo.com
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Telephone: (412) 263-4352
Facsimile: (412) 263-4252

*Counsel for Defendant*
*Bloomingdales.com, LLC*