IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRITTANY VONBERGEN, Individually and on behalf of all others similarly situated,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**BLOOMINGDALES.COM, LLC,**<br>　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-4724** |

# O R D E R

**AND NOW**, this 5th day of September, 2024, upon consideration of the Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 50), and the related submissions of the parties, the Court noting that there are presently three cases pending before the United States Court of Appeals for the Third Circuit - *Hasson v. Fullstory, Inc.*, 23-2535, *Schnur v. Papa John's International, Inc.*, 23-2573, and *Cook v. Gamestop, Inc.*, 23-2574 - all of which have similarities to the present matter and potential impact on the disposition of the present case, **IT IS ORDERED** as follows:

1. All proceedings in this case are **STAYED** until further order of the Court;

2. The Court shall **RETAIN** jurisdiction over the case and the stay shall be lifted when there are no impediments to further proceedings and the case may proceed to final disposition;

3. The entry of this Order is **WITHOUT PREJUDICE** to the rights of any party to request that the stay be lifted; and,

4. The parties, through counsel, shall file and serve a joint status report at six (6) month intervals or more frequently if warranted by the circumstances.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**
　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**